# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Melanie McDermott

                        Plaintiff,

v.                                                                 Case No.: 1:22−cv−01555

                                                                         Honorable John F. Kness

General Mills Sales, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 3, 2022:

      MINUTE entry before the Honorable John F. Kness: For the reasons provided by the parties, the Joint Motion to Stay [16] is granted, and the case is stayed for 120 days pending resolution of a potential class settlement in the related case *Hilsley v. General Mills, Inc.*, No. 3:18−cv−395 (S.D. Cal.) ("*Hilsley* Action"). The parties must jointly file a report within ten days of 9/1/2022 as to the filing of any proposed class settlement agreement in the *Hilsley* Action (if such agreement has been filed by that date). The parties shall thereafter submit a joint status report every 120 days with an update as to the pendency or status of approval proceedings in the Hilsley Action. The parties shall likewise jointly report to this Court within ten days of any order by the court in the *Hilsley* Action as to either preliminary or final approval of any classwide settlement of that matter. Status hearing set for 10/18/2022 [13] remains firm for now. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.