**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Melanie McDermott
                               Plaintiff,

v.                                                          Case No.: 1:22−cv−01555
                                                            Honorable John F. Kness

General Mills Sales, Inc.
                               Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, September 13, 2022:


    MINUTE entry before the Honorable John F. Kness: Plaintiff has filed a notice of
voluntary dismissal [18]. Because the notice of dismissal was filed before the opposing
party served either an answer or a motion for summary judgment, the case is dismissed
with prejudice consistent with the terms of the stipulation and by operation of Rule
41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. *See Nelson v. Napolitano*, 657 F.3d
586, 587 (7th Cir. 2011) (Rule 41(a)(1)(A) notice of dismissal "is self−executing and
effective without further action from the court"). Each party is to bear its own fees and
costs. The hearing set for 10/18/2022 is stricken. Civil case terminated. Mailed notice(ef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.